# Court of Appeals
# of the State of Georgia

ATLANTA,  April 16, 2020

*The Court of Appeals hereby passes the following order:*

**A20A1427. RICARDO JERMAINE CARLYLE v. THE STATE.**

In 2009, Ricardo Jermaine Carlyle plead guilty to cocaine possession, and he was sentenced as a recidivist to 30 years with 20 years to serve in prison and 10 years to serve on probation. Years later, Carlyle filed a motion to vacate a void sentence, arguing that two of his prior felony sentences were entered on the same day and should be considered a single conviction for recidivist purposes.[1] The trial court denied the motion, and Carlyle appeals.

A direct appeal may lie from an order denying or dismissing a motion to vacate a void sentence, but only if the defendant raises a colorable claim that the sentence is, in fact, void. See *Harper v. State*, 286 Ga. 216, 217 n.1 (686 SE2d 786) (2009); *Burg v. State*, 297 Ga. App. 118, 119 (676 SE2d 465) (2009).  A sentence is void only if it imposes punishment that the law does not allow. *Crumbley v. State*, 261 Ga. 610, 611 (1) (409 SE2d 517) (1991). "Motions to vacate a void sentence generally are limited to claims that – even assuming the existence and validity of the conviction for which the sentence was imposed – the law does not authorize that sentence, most typically because it exceeds the most severe punishment for which the applicable penal statute provides." *Von Thomas v. State*, 293 Ga. 569, 572 (2) (748 SE2d 446) (2013). A challenge to the factual predicates underlying the prior conviction used in

---

[1] "Where a defendant is charged for separate crimes, arising out of separate incidents, and is sentenced for each crime in a separate order, those offenses are not considered consolidated[.]" See *Becoats v. State*, 318 Ga. App. 262, 264 (2) (733 SE2d 795) (2012).

recidivist sentencing does not constitute a valid void sentence argument. See id.; *Kimbrough v. State*, 325 Ga. App. 519, 522 (1) (754 SE2d 109) (2014).

Here, Carlyle seeks to challenge the validity of his prior convictions. Because this is not a colorable void-sentence argument, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  04/16/2020*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*